UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 06 B 02959
    DARLINE L SCOTT
    JAMES W SCOTT                            CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-9571     SSN XXX-XX-2491
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 03/23/06 and confirmed on 07/14/06.

   2. The case was converted to Chapter 7 after confirmation, 09/14/2006.

   3. The Debtor paid a total of $ 1380.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MORTGAGE ELECTRONICS REG | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED | 7243.61 | 49.43 | 1150.57 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ANDREW SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BETTY BRUGIONI | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN BURHOE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3018.64 | .00 | .00 |
| CAROLYN FUTRELLE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARLES WHALEN | UNSECURED | 5000.00 | .00 | .00 |
| B REAL | UNSECURED | 988.31 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEAN SCHACHT DDS | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPTIAL | UNSECURED | NOT FILED | .00 | .00 |
| KIMBERLY MALONEY | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN FIELD MD | UNSECURED | 260.00 | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| HICHLAND PARK DENTAL CAR | UNSECURED | 811.78 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOPE WEINSTEIN SHANBERG | UNSECURED | NOT FILED | .00 | .00 |
| COMPSYCH | UNSECURED | NOT FILED | .00 | .00 |
| SNAP LABORATORIES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL SCHOOL PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL GROUP 65ZZ | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS                    UNSECURED        945.72              .00              .00
NORTH SHORE MEDICAL SERV UNSECURED           NOT FILED              .00              .00
RUSH PRES ST LUKES MEDIC UNSECURED           NOT FILED              .00              .00
SBC AMERITECH                  UNSECURED     NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC UNSECURED              1139.70             .00              .00
THOMAS SCOTT                   UNSECURED     NOT FILED              .00              .00
UNIVERSITY OF CHICAGO HO UNSECURED           NOT FILED              .00              .00
MEDICAL BUSINESS BUREAU  UNSECURED           NOT FILED              .00              .00
WRS GROUP                      UNSECURED     NOT FILED              .00              .00
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7243.61         .00     12164.15          .00     19407.76
PRINCIPAL PAID      1150.57         .00          .00          .00      1150.57
INTEREST PAID         49.43         .00          .00          .00         49.43
TOTAL PAID          1200.00         .00          .00          .00      1200.00
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   2500.00
and was paid $   1731.00   direct and $    142.75   through the plan.

The Trustee received $      37.25 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/21/06                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 02959 DARLINE L SCOTT & JAMES W SCOTT